# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE WOLFE, et al.,[1] | Case No. 2:17-cv-02084-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 1) |
| CLARK COUNTY DEPARTMENT OF FAMILY SERVICES, et al., | |
| Defendant(s). | |

Pending before the Court is a complaint filed on behalf of three minor children. Docket No. 1. In violation of the Federal Rules of Civil Procedure and the Local Rules, the complaint includes the full birth dates of these minors. Fed. R. Civ. P. 5.2(a)(2); Local Rule IC 6-1(a)(3). Accordingly, the Clerk's Office is **INSTRUCTED** to seal the complaint and to remove the minors' birth dates from the docket.

No later than August 9, 2017, Plaintiffs shall carefully examine the complaint and shall re-file it on the public docket with redactions to the minor children's birth dates, and any other information for which redaction is required. No other changes may be made to the complaint, unless an amended complaint is filed in accordance with applicable rules.

IT IS SO ORDERED.

DATED: August 2, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The complaint's caption (and therefore the docket) spell Plaintiff's last name "Wolfe," but the body of the complaint spells his last name "Wolf."