FELICIA GALATI, ESQ.
Nevada Bar No. 7341
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
fgalati@ocgas.com
Telephone: 702-384-4012
Facsimile: 702-383-0701
Attorneys for Defendant
CLARK COUNTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE WOLF, as Litigation Guardian Ad Litem for C.A.R. D.O.B., 2002, C.J.R., D.O.B., 2005 and G.Y.R., D.O.B., 2006,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY, THE STATE OF NEVADA DEPARTMENT OF HEALTH AND HUMAN SERVICES, NEVADA DIVISION OF CHILDREN AND FAMILY SERVICES AND JOHN AND JANE DOE 1-10,<br><br>Defendants. | CASE NO. 2:17-cv-02084-JCM-NJK<br><br>**<u>SUBSTITUTION OF ATTORNEY</u>** |

//
//
//
//
/
//
//

1

Defendant CLARK COUNTY hereby substitutes FELICIA GALATI, ESQ., of the law firm OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI, 9950 West Cheyenne Avenue, Las Vegas, Nevada 89129 (Tel: 702-384-4012), as attorney of record in place and stead of STEVEN B. WOLFSON, ESQ., District Attorney, and ROBERT J. GOWER, ESQ., Deputy District Attorney, 500 South Grand Central Parkway, 5th Fl., Las Vegas, Nevada 89155.

DATED this 9 day of November, 2017.

CLARK COUNTY

By: /s/ Jeffrey M. Wells

Its: Asst County Mgr

I consent to the above substitution.

DATED this 9th day of November, 2017.

STEVEN B. WOLFSON, ESQ.
District Attorney
ROBERT J. GOWER, ESQ.
Deputy District Attorney

/s/

Steven B. Wolfson, Esq.
Nevada Bar No. 1565
Robert J. Gower, Esq.
Nevada Bar No. 1868
500 South Grand Central Parkway, 5th Fl.
Las Vegas, NV 89155
Attorneys for Defendant
CLARK COUNTY

2

I am duly admitted to practice in this District and consent to the above substitution.

DATED this 9th day of November, 2017.

OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI

_____
Felicia Galati, Esq.
Nevada Bar No. 7341
9950 W. Cheyenne Avenue
Las Vegas, NV 89129

IT IS SO ORDERED.

Dated: November 13, 2017

_____
UNITED STATES MAGISTRATE JUDGE

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of November, 2017, I sent via e-mail a true and correct copy of the above and foregoing **SUBSTITUTION OF ATTORNEY** through the CM/ECF system of the United States District Court for the District of Nevada (or, if necessary, by U.S. Mail, first class, postage pre-paid), upon the following:

| | |
|---|---|
| Justin L. Wilson, Esq.<br>JONES WILSON LLP<br>1522 W. Warm Springs Road<br>Henderson, Nevada 89014<br>jwilson@joneswilson.com<br>Attorney for Plaintiffs<br>BRUCE WOLF, et al. | Shannon Richards, Deputy Attorney General<br>OFFICE OF THE ATTORNEY GENERAL -<br>STATE OF NEVADA<br>555 East Washington Ave., Suite 3900<br>Las Vegas, Nevada 89101<br>srichards@ag.nv.gov<br>Attorney for Defendants<br>State of Nevada Department of Health and Human Services and Nevada Division of Children and Family Services |

Allen M. Ressler, Esq.
Timothy Tesh, Esq.
LAW OFFICES OF RESSLER & TESH
821 Second Ave., Penthouse Suite
Seattle, Washington 98104
allen@resslertesh.com
Attorney for Plaintiffs
BRUCE WOLF, et al.

*/s/ Doreen Loffredo*
An Employee of OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI