| | |
|---|---|
| ALLEN M. RESSLER, ESQ. (WSBA #5330)<br>**LAW OFFICES OF RESSLER & TESH**<br>Penthouse Suite<br>821 Second Avenue<br>Seattle, Washington, 98104<br>Attorneys for Plaintiffs110<br>Tel: 206.388.0333<br><br>JUSTIN L. WILSON, ESQ.<br>**JONES WILSON LLP**<br>Nevada Bar No. 7560<br>1522 W. Warm Springs Road<br>Henderson, Nevada 89014<br>Tel: 702.405.6000 | |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE WOLFE, as Litigation Guardian Ad Litem for C.A.R., D.O.B.: 1/19/2002, C.J.R., D.O.B.: 1/17/2005 and G.Y.R., D.O.B: 10/7/2006<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY, THE STATE OF NEVADA DEPARTMENT OF HEALTH AND HUMAN SERVICES, NEVADA DIVISION OF CHILDREN AND FAMILY SERVICES AND JOHN AND JANE DOE 1-10.<br><br>Defendants. | No. 2:17-cv-02084-JCM-NJK<br><br>STIPULATION FOR AND ORDER OF DISMISSAL WITHOUT PREJUDICE |

STIPULATION FOR AND ORDER OF
DISMISSAL WITHOUT PREJUDICE - 1

It is hereby stipulated by the parties to this action, by and through their undersigned counsel, that all claims in this action against THE STATE OF NEVADA, DEPARTMENT OF HEALTH AND HUMAN SERVICES, DIVISION OF CHILD AND FAMILY SERVICES (referred to herein as the "Division") shall be dismissed without prejudice.

DATED this 14th day of November, 2017.

| | |
|---|---|
| **RESSLER & TESH, PLLC** | **JONES WILSON, LLP** |
| *[signature]* | /s/ Justin L. Wilson |
| Allen M. Ressler, WSBA No. 5330 | Justin L. Wilson, Esq. |
| 821 – 2nd Avenue, Suite 2200 | Nevada Bar No. 7560 |
| Seattle, WA 98104 | 1522 W. Warm Springs Road |
| Tel: 206.388.0333 | Henderson, NV 89014 |
| Fax: 206.388.0197 | Co-Counsel for Plaintiffs |
| Counsel for Plaintiffs | Tel: 702.405.6000 |
| allen@resslertesh.com | jwilson@joneswilson.com |

**NEVADA ATTORNEY GENERAL OFFICE**

*[signature]*

Shannon Richards, Esq.
Nevada Bar No. 9660
Attorney for DHHS and DCFS
Grant Sawyer Building
555 E. Washington Avenue
Suite 3900
Las Vegas, NV 89101
Tel: 702.486.3127
srichards@ag.nv.gov

STIPULATION FOR AND ORDER OF
DISMISSAL WITHOUT PREJUDICE - 2

Law Offices of Ressler & Tesh
Penthouse Suite
821 Second Avenue
Seattle, WA 98104
(206) 388-0333

## ORDER OF DISMISSAL

Based on the above Stipulation, IT IS HEREBY ORDERED that the DIVISION be dimissed without prejudice.

DATED November 16, 2017.

_____
UNITED STATES DISTRICT JUDGE

Approved as to form:

| | |
|---|---|
| **RESSLER & TESH, PLLC** | **JONES WILSON, LLP** |

_____
Allen M. Ressler, WSBA No. 5330
821 – 2nd Avenue, Suite 2200
Seattle, WA 98104
Tel: 206.388.0333
Fax: 206.388.0197
Counsel for Plaintiffs
allen@resslertesh.com

_____
Justin L. Wilson, Esq.
Nevada Bar No. 7560
1522 W. Warm Springs Road
Henderson, NV 89014
Co-Counsel for Plaintiffs
Tel: 702.405.6000
jwilson@joneswilson.com

**NEVADA ATTORNEY GENERAL OFFICE**

_____
Shannon Richards, Esq.
Nevada Bar No. 9660
Attorney for DHHS and DCFS
Grant Sawyer Building
555 E. Washington Avenue
Suite 3900
Las Vegas, NV 89101
Tel: 702.486.3127
srichards@ag.nv.gov

STIPULATION FOR AND ORDER OF
DISMISSAL WITHOUT PREJUDICE - 3

Law Offices of Ressler & Tesh
Penthouse Suite
821 Second Avenue
Seattle, WA 98104
(206) 388-0333

# CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing to the following counsel of record via the method indicated:

| | |
|---|---|
| Shannon Richards, Esq.<br>Nevada Attorney General Office<br>Attorney for The Division<br>Grant Sawyer Building<br>555 E. Washington Avenue, Suite 3900<br>Las Vegas, NV 89101<br>Tel: 702.486.3127<br>srichards@ag.nv.gov | [ ] Via Facsimile<br>[ ] Via USPS Mail<br>[X] Via Electronic Mail/E-Service |
| Felicia Galati, Esq., Nevada Bar No. 7341<br>OLSON, CANNON, GORMLEY,<br>ANGULO & STOBERSKI<br>Attorney for Defendant Clark County<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129<br>Tel: 702.384.4012<br>fgalati@ocgas.com | [ ] Via Facsimile<br>[ ] Via USPS Mail<br>[X] Via Electronic Mail/E-Service |
| Justin L. Wilson, Esq.<br>Nevada Bar No. 7560<br>JONES WILSON, LLP<br>1522 W. Warm Springs Road<br>Henderson, NV 89014<br>Co-Counsel for Plaintiffs<br>Tel: 702.405.6000<br>jwilson@joneswilson.com | [ ] Via Facsimile<br>[ ] Via USPS Mail<br>[X] Via Electronic Mail/<br>E-Service |

DATED this 14th day of November, 2017 at Seattle, Washington

RESSLER & TESH, PLLC

*/s/ Khanh T. Tran/*

Khanh T. Tran, Paralegal

STIPULATION FOR AND ORDER OF
DISMISSAL WITHOUT PREJUDICE - 4

Law Offices of Ressler & Tesh
Penthouse Suite
821 Second Avenue
Seattle, WA 98104
(206) 388-0333