# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE WOLF,<br>　　　　　Plaintiff(s),<br>vs.<br>CLARK COUNTY DEPARTMENT OF FAMILY SERVICES, et al.,<br>　　　　　Defendant(s). | Case No. 2:17-cv-02084-JCM-NJK<br>ORDER<br>(Docket No. 46) |

Pending before the Court is the parties' stipulation to extend discovery deadlines, filed on December 14, 2017. Docket No. 46. For the reasons below, the Court **GRANTS** in part and **DENIES** in part without prejudice the parties' stipulation to extend discovery deadlines.

The parties request an extension to all discovery deadlines by 120 days. *Id.* The deadline to amend pleadings and add parties, however, was December 11, 2017. Docket No. 25 at 3. When a request to extend a deadline is filed after the deadline has expired, Local Rule 26-4 and Local Rule IA 6-1 both require that the movants "demonstrate that the failure to act was the result of excusable neglect." The parties recognize that the deadline to amend pleadings and add parties has expired but fail to even address, much less establish, excusable neglect. Docket No. 46 at 4.

//

//

//

//

Therefore, the Court **DENIES** without prejudice the parties' stipulation to extend the deadline to amend pleadings and add parties. For good cause shown, the Court **GRANTS** the parties' stipulation as it relates to all other discovery deadlines.

IT IS SO ORDERED.

DATED: December 15, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge