# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE WOLF, et al., | Case No. 2:17-cv-02084-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 48) |
| CLARK COUNTY DEPARTMENT OF FAMILY SERVICES, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiffs' motion to extend the deadline to amend pleadings and add parties. Docket No. 48. On December 14, 2017, the parties stipulated to extend discovery deadlines by 120 days. Docket No. 46. The Court granted the extension as to all deadlines except the already-expired deadline to amend pleadings and add parties, as the parties failed to demonstrate excusable neglect. Docket No. 47.

Plaintiffs now submit that the following reasons constitute excusable neglect, warranting an extension of the amend pleadings deadline: (1) Plaintiffs have yet to receive all documents and records from Defendants related to the transfer of the minors; (2) document production was delayed due to "various attempts" by the parties to secure a protective order;[1] and (3) Plaintiffs neglected to request an

---

[1] The "various attempts" at obtaining a protective were not, in fact, "declined" by the Court. Instead, the Court issued the parties' first protective order the day after it was filed. Docket No. 40. Further, the Court struck the second protective order to provide the parties the opportunity to clarify the difference between it and the already issued protective order. Docket No. 42. The Court cautions

extension prior to the expiration of the deadline because they "anticipated that it [*sic*] would receive documents and records in time to determine the additional parties that needed to be added" and because of calendaring issues related to staff change at Plaintiffs' counsel's office.[2]  Docket No. 48 at 2-4.  The Court finds that Plaintiffs have failed to show excusable neglect for their failure to request an extension to the deadline to amend pleadings and add parties before the expiration of the deadline.

      Nonetheless, as a one-time courtesy to Plaintiffs, the Court **GRANTS** in part Plaintiffs' motion to extend the deadline to amend pleadings and add parties.  Docket No. 48.  The Court **SETS** the deadline for January 31, 2018.

      IT IS SO ORDERED.

      DATED: December 21, 2017

                                            _____
                                            NANCY J. KOPPE
                                            United States Magistrate Judge

---

Plaintiffs to be accurate in all of their representations to the Court.

[2] Plaintiffs anticipated receiving the necessary documents up until the last minute, yet neglected to file for an extension even when it was clear that they would not meet the December 11, 2017 deadline.  Docket No. 48 at 3.