UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRUCE WOLF, et al., | Case No. 2:17-CV-2084 JCM (NJK) |
| Plaintiff(s), | **AMENDED** ORDER |
| v. | |
| CLARK COUNTY DEPARTMENT OF FAMILY SERVICES, et al., | |
| Defendant(s). | |

Presently before the court is defendants Nevada Division of Children and Family Services ("NDCFS") and the State of Nevada Department of Health and Human Services ("SNDHHS's") motion to dismiss. (ECF No. 31).

On November 14, 2017, plaintiffs C.A.R., C.J.R., G.Y.R., and Bruce Wolf filed a stipulation to dismiss defendants NDCFS and SNDHHS from the action. (ECF No. 36). On November 16, 2017, the court ordered the named defendants dismissed from the action. (ECF No. 37). Defendants' motion to dismiss is therefore moot.

Accordingly,

IT IS HEREBY ORDERED that defendants' motion to dismiss (ECF No. 31) be, and the same hereby is, DENIED as moot.

DATED December 22, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**