ALLEN M. RESSLER, ESQ. (WSBA #5330)
**LAW OFFICES OF RESSLER & TESH**
Penthouse Suite
821 Second Avenue
Seattle, Washington, 98104
Attorneys for Plaintiffs110
Tel: 206.388.0333

JUSTIN L. WILSON, ESQ.
**JONES WILSON LLP**
Nevada Bar No. 7560
1522 W. Warm Springs Road
Henderson, Nevada 89014
Tel: 702.405.6000

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE WOLFE, as Litigation Guardian Ad Litem for C.A.R., D.O.B.: 1/19/2002, C.J.R., D.O.B.: 1/17/2005 and G.Y.R., D.O.B: 10/7/2006<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY, THE STATE OF NEVADA DEPARTMENT OF HEALTH AND HUMAN SERVICES, NEVADA DIVISION OF CHILDREN AND FAMILY SERVICES AND JOHN AND JANE DOE 1-10.<br><br>Defendants. | No. 2:17-cv-02084-JCM-NJK<br><br>PLAINTIFFS' MOTION TO EXTEND THE DEADLINE TO AMEND PLEADINGS AND ADD PARTIES<br><br>THIRD REQUESTED EXTENSION |

PLAINTIFFS' MOTION TO EXTEND THE
DEADLINE TO AMEND PLEADINGS AND
ADD PARTIES THIRD REQUESTED EXTENSION - 1

Plaintiffs move the Court for an order extending the deadline for adding parties and amending the pleadings.

On December 14, 2017 the parties presented a stipulation to this Court asking the Court to extend all deadlines for 120 days. That motion was granted in part, however, because the deadline for moving to amend or add parties had passed the court denied that part of the motion without prejudice. Docket No. 46.

On December 20, 2017 Plaintiffs moved for a second order extending the deadlines for moving to adding the parties and amending the pleadings. Docket No. 48.

On December 21, 2017 the Court granted Plaintiffs' motion to extend the deadline to amend pleadings and ordered that the Plaintiffs add or amended the complaint no later than January 31, 2018. Docket No. 49.

Since the second request for extension was filed, Clark County has produced an excess of 2,500 pages of records contained in 64 exhibits. See Ressler Declaration.

Plaintiffs' counsel has reviewed the records and they have been able to identify several Clark County agents and employees whom they believe could be added as defendants to this complaint.

PLAINTIFFS' MOTION TO EXTEND THE
DEADLINE TO AMEND PLEADINGS AND
ADD PARTIES THIRD REQUESTED EXTENSION - 2

Defendants have failed to produce documents and records relating to the ICPC request to the State of Oregon and Oregon's responses to that request.

Defendants claimed that the State of Nevada has control of these records since they managed them. Additionally, Defendants recently advised that they located in excess of 1,000 pages of additional records relating to the ICPC. They advised that they were reviewing and redacting those records as necessary. They also advised that these records would be produced shortly. See **Exhibit 1** to Ressler Declaration.

Because Defendant Clark County failed to produce the ICPC records, Plaintiffs have issued a Subpoena to the state of Nevada requesting the complete ICPC file.

Plaintiffs also asked the Defendant Clark County to produce the dependency file for the three children transferred to the state of Oregon. The Defendants claim that they did not have the entire dependency file and that those records were in the exclusive control of the Juvenile Court. See **Exhibit 2** to Ressler Declaration.

Plaintiffs have issued a Subpoena to the Clark County Juvenile Family Court and requested that they produce the entire dependency file.

Plaintiffs would like the opportunity to review the entire ICPC file as well as the entire dependency file before they make a final determination of who to add as

PLAINTIFFS' MOTION TO EXTEND THE
DEADLINE TO AMEND PLEADINGS AND
ADD PARTIES THIRD REQUESTED EXTENSION - 3

additional defendants and what other amendment to the pleadings may be necessary.

Wherefore, Plaintiffs request that the Court authorize an additional 30 days to allow Plaintiffs to amend and / or add additional parties.

Respectfully submitted this 19th day of January, 2018.

| RESSLER & TESH, PLLC | JONES WILSON LLP |
|---|---|
| *[signature]* | _____ |
| Allen M. Ressler, WSBA No. 5330 | Justin L. Wilson, Esq. |
| 821 – 2nd Avenue, Suite 2200 | Nevada Bar No. 7560 |
| Seattle, WA 98104 | 1522 W. Warm Springs Road |
| Tel: 206.388.0333 | Henderson, NV 89014 |
| Fax: 206.388.0197 | Co-Counsel for Plaintiffs |
| Counsel for Plaintiffs | Tel: 702.405.6000 |
| allen@resslertesh.com | jwilson@joneswilson.com |

NO FURTHER EXTENSIONS WILL BE GRANTED

IT IS SO ORDERED.

Dated: January 22, 2018

_____
UNITED STATES MAGISTRATE JUDGE

PLAINTIFFS' MOTION TO EXTEND THE
DEADLINE TO AMEND PLEADINGS AND
ADD PARTIES THIRD REQUESTED EXTENSION - 4