UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE WOLF, et al., | Case No. 2:17-cv-02084-JCM-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| CLARK COUNTY DEPARTMENT OF FAMILY SERVICES, | (Docket Nos. 60-61) |
| Defendant(s). | |

On February 15, 2018, Plaintiffs filed proofs of service regarding subpoenas *duces tecum*. Docket Nos. 60-61. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case. Accordingly, the Court **STRIKES** Docket Nos. 60-61 and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: February 15, 2018

NANCY J. KOPPE
United States Magistrate Judge