UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRUCE WOLF, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY DEPARTMENT OF FAMILY SERVICES, et al.,<br><br>Defendant(s). | Case No. 2:17-CV-2084 JCM (NJK)<br><br>ORDER |

Presently before the court is plaintiffs Bruce Wolf, C.A.R., C.J.R., and G.Y.R.'s motion to file an amended complaint. (ECF No. 63). Defendants have not filed a response, and the time for doing so has since passed.

Federal Rule of Civil Procedure 15(a) provides that "[t]he court should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). The United States Supreme Court has interpreted Rule 15(a) and confirmed the liberal standard district courts must apply when granting such leave. In *Foman v. Davis*, the Supreme Court explained:

> In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of the amendment, etc.—the leave sought should, as the rules require, be "freely given."

371 U.S. 178, 182 (1962).

Plaintiffs' motion asserts that the court should grant leave to amend so that they may add parties and modify the allegations of their complaint. (ECF No. 63). Plaintiffs state that they have received "thousands of pages of documents" via discovery since they filed their complaint. *Id.* Plaintiffs would like to supplement their complaint to reflect the information contained in these

**James C. Mahan**
**U.S. District Judge**

documents. *Id.* Plaintiffs assert that defendants will suffer no prejudice from amendment at this stage of proceedings. *Id.*

In light of Rule 15's liberal standard, the court will grant plaintiffs' motion to amend their complaint. *See Foman*, 371 U.S. at 182.

Accordingly,

IT IS HEREBY ORDERED that plaintiffs' motion to file an amended complaint (ECF No. 63) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that plaintiffs shall file, within fourteen (14) days from the entry of this order, an amended complaint identical to the one attached to their motion to amend (ECF No. 63-2).

DATED April 5, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**