# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE WOLF, et al., <br><br> Plaintiff(s), <br><br> vs. <br><br> CLARK COUNTY DEPARTMENT OF FAMILY SERVICES, et al., <br><br> Defendant(s). | Case No. 2:17-cv-02084-JCM-NJK <br><br> ORDER <br><br> (Docket No. 82) |

Pending before the Court is the parties' stipulation to extend the alternative dispute resolution deadline. Docket No. 82. The parties request a 90-day extension to the June 10, 2018 deadline. *Id.* at 2.

For good cause shown, the Court **GRANTS** the parties' stipulation. Docket No. 82. The ADR deadline is extended to September 7, 2018. The parties shall file a status report no later than September 17, 2018, regarding any private mediation in which they have or have not engaged.

IT IS SO ORDERED.

DATED: June 12, 2018

                                    _____
                                    NANCY J. KOPPE
                                    United States Magistrate Judge