ALLEN M. RESSLER, ESQ. (WSBA #5330)
**LAW OFFICES OF RESSLER & TESH**
Penthouse Suite
821 Second Avenue
Seattle, Washington, 98104
Attorneys for Plaintiffs110
Tel: 206.388.0333

JUSTIN L. WILSON, ESQ.
**JONES WILSON LLP**
Nevada Bar No. 7560
1522 W. Warm Springs Road
Henderson, Nevada 89014
Tel: 702.405.6000

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE WOLF, as Litigation Guardian Ad Litem for C.A.R., D.O.B.: 1/19/2002, C.J.R., D.O.B.: 1/17/2005 and G.Y.R., D.O.B: 10/7/2006<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY, THE STATE OF NEVADA DEPARTMENT OF HEALTH AND HUMAN SERVICES, NEVADA DIVISION OF CHILDREN AND FAMILY SERVICES AND JOHN AND JANE DOE 1-10.<br><br>Defendants. | No. 2:17-cv-02084-JCM-NJK<br><br>STIPULATED MOTION TO EXTEND THE DEADLINES FOR PLAINTIFFS' RESPONSE AND DEFENDANTS' REPLY TO DEFENDANTS CLARK COUNTY, SHAY RIGGS-HORN, ASHLEY DURROUGH AND TROY ARMSTRONG'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF C.A.R.'S CLAIMS |

STIPULATED MOTION TO EXTEND THE
DEADLINES FOR RESPONSE AND REPLY
TO DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT AS TO PLAINTIFF C.A.R.'S CLAIMS
- 1

Law Offices of Ressler & Tesh
Penthouse Suite
821 Second Avenue
Seattle, WA 98104
(206) 388-0333

| | |
|---|---|
| 1 | COMES NOW the parties by and through their counsel, the Plaintiffs, through their attorneys Allen M. Ressler of Ressler & Tesh, PLLC and Justin Wilson of Jones Wilson, LLP, and the Defendants, through their attorney Felicia Galati of Olson, Cannon, Gormley, Anguelo & Stoberski, stipulate that the Plaintiffs' response to Defendants Clark County, Shay Riggs-Horn, Ashley Durrough and Troy Armstrong's Motion for Summary Judgment as to Plaintiff C.A.R.'s Claims (Docket No. 81) be extended from June 19, 2018 to June 29, 2018. Defendants filed their Motion for Summary Judgment on May 29, 2018.

The parties also stipulate that Defendants' reply be extended the same length as Plaintiffs' response such that Defendants' reply will be due on July 13, 2018. The schedule of Plaintiffs' counsel is such that they will be unable to meet the court's response deadline of June 19, 2018. In addition, counsel for Defendants will be out of the office for a week in July. The parties believe that it would be appropriate to extend the response and reply deadlines an additional ten calendar days.

This is the first stipulation for extension of time to respond to Defendants' Motion for Summary Judgment. |

STIPULATED MOTION TO EXTEND THE DEADLINES FOR RESPONSE AND REPLY TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF C.A.R.'S CLAIMS - 2

Law Offices of Ressler & Tesh
Penthouse Suite
821 Second Avenue
Seattle, WA 98104
(206) 388-0333

DATED this 18th day of June, 2018.

| | |
|---|---|
| **RESSLER & TESH, PLLC** | **JONES WILSON, LLP** |
| *[signature]* | /s/ Justin L. Wilson |
| Allen M. Ressler, WSBA No. 5330 | Justin L. Wilson, Esq. |
| 821 – 2nd Avenue, Suite 2200 | Nevada Bar No. 7560 |
| Seattle, WA 98104 | 1522 W. Warm Springs Road |
| Tel: 206.388.0333 | Henderson, NV 89014 |
| Fax: 206.388.0197 | Co-Counsel for Plaintiffs |
| Counsel for Plaintiffs | Tel: 702.405.6000 |
| allen@resslertesh.com | jwilson@joneswilson.com |

**OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI**

/s/ Felicia Galati
Felicia Galati, Esq.
Nevada Bar No. 9660
9950 West Cheyanne Avenue
Las Vegas, NV 89129
Tel: 702.384.4012
fgalati@ocgas.com

STIPULATED MOTION TO EXTEND THE DEADLINES FOR RESPONSE AND REPLY TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF C.A.R.'S CLAIMS - 3

Law Offices of Ressler & Tesh
Penthouse Suite
821 Second Avenue
Seattle, WA 98104
(206) 388-0333

# **ORDER**

IT IS SO ORDERED June 18, 2018.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

RESSLER & TESH, PLLC

Allen M. Ressler, WSBA No. 5330
821 – 2nd Avenue, Suite 2200
Seattle, WA 98104
Counsel for Plaintiffs

STIPULATED MOTION TO EXTEND THE DEADLINES FOR RESPONSE AND REPLY TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF C.A.R.'S CLAIMS - 4

Law Offices of Ressler & Tesh
Penthouse Suite
821 Second Avenue
Seattle, WA 98104
(206) 388-0333

# CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing to the following counsel of record via the method indicated:

| Felicia Galati, Esq., Nevada Bar No. 7341<br>OLSON, CANNON, GORMLEY,<br>ANGULO & STOBERSKI<br>Attorney for Defendant Clark County<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129<br>Tel: 702.384.4012<br>fgalati@ocgas.com | [ ] Via Facsimile<br>[ ] Via USPS Mail<br>[X] Via Electronic Mail/E-Service |
|---|---|
| Justin L. Wilson, Esq.<br>Nevada Bar No. 7560<br>JONES WILSON, LLP<br>1522 W. Warm Springs Road<br>Henderson, NV 89014<br>Co-Counsel for Plaintiffs<br>Tel: 702.405.6000<br>jwilson@joneswilson.com | [ ] Via Facsimile<br>[ ] Via USPS Mail<br>[X] Via Electronic Mail/<br>        E-Service |

DATED this 18th day of June, 2018 at Seattle, Washington

**RESSLER & TESH, PLLC**

*/s/ Khanh Tran*

Khanh T. Tran, Paralegal

STIPULATED MOTION TO EXTEND THE DEADLINES FOR RESPONSE AND REPLY TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF C.A.R.'S CLAIMS - 5

Law Offices of Ressler & Tesh
Penthouse Suite
821 Second Avenue
Seattle, WA 98104
(206) 388-0333