## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

BRUCE WOLF,

    Plaintiff(s),

v.

CLARK COUNTY DEPARTMENT OF FAMILY SERVICES, et al.,

    Defendant(s).

Case No.: 2:17-cv-02084-JCM-NJK

**Order**

(Docket No. 100)

Pending before the Court is Plaintiffs' renewed motion for leave to file exhibits under seal. Docket No. 100. Plaintiffs submit that Docket Nos. 88-1 and 88-3 should be sealed to maintain the confidentiality of information regarding Plaintiffs pursuant to the protective order at Docket No. 44, the Health Insurance Portability and Accountability Act ("HIPPA"), Nevada Revised Statute 432B.280, and "the law of this case." *Id.* at 2-4. The renewed motion is defective for numerous reasons.

First, Plaintiffs fail to provide a meaningfully developed argument as to how HIPPA applies to the exhibits at issue. *See Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 582 n.3 (D. Nev. 2013) (courts only address arguments that are meaningfully developed). Second, Plaintiffs inaccurately represent that the protective order entered by this Court requires the filing of any documents the parties deem confidential under seal. Docket No. 100 at 2. The protective order has no such requirement. *See* Docket No. 44. Moreover, the Court has specifically stated that protective orders merely "facilitate discovery exchanges," and do not "establish sufficient grounds

to seal a filed document." Docket No. 45.  Lastly, Plaintiffs fail to state whether the documents they request to be sealed could be redacted, and if so, which portions of which documents.  *See Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1137 (9th Cir. 2003); *see also In re Roman Catholic Archbishop of Portland in Oregon*, 661 F.3d 417, 425 (9th Cir. 2011) (the district court must "keep in mind the possibility of redacting the sensitive material").

Accordingly, the Court **DENIES** without prejudice Plaintiffs' renewed motion for leave to file exhibits under seal.  Docket No. 100.  The Court **ORDERS** Plaintiffs to file a second renewed motion no later than August 6, 2018.  The Court **INSTRUCTS** the Clerk's Office to maintain Docket Nos. 88-1 and 88-3 under seal pending the Court's ruling on that motion.

IT IS SO ORDERED.

Dated: August 1, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge