UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE WOLF,<br><br>Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY DEPARTMENT OF FAMILY SERVICES, et al.,<br><br>Defendant(s). | Case No.: 2:17-cv-02084-JCM-NJK<br><br>**Order**<br><br>(Docket No. 102) |

Pending before the Court is Plaintiffs' second renewed motion for leave to file exhibits under seal. Docket No. 102. Plaintiffs submit that Docket Nos. 88-1 and 88-3 should be sealed to maintain the confidentiality of information regarding Plaintiffs and third parties pursuant to Nevada Revised Statute 432B.280 and Ninth Circuit case law. *Id.* at 4-5. Plaintiffs further submit that redaction of Docket No. 88-1 "would render [it] all but unreadable…[and] would prove confusing." *Id.* at 5. Lastly, Plaintiffs submit that "[r]edaction of Docket No. 88-3 would be slightly less confusing," and that they could redact minor Plaintiffs' names and "replace them with Plaintiffs' initials." *Id.* at 6.

Parties "who seek to maintain the secrecy of documents attached to dispositive motions must meet the high threshold of showing that 'compelling reasons' support secrecy." *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Those compelling reasons must outweigh the competing interests of the public in having access to the judicial records and

understanding the judicial process. *Id.* at 1178-79.  In this case, the Court finds that compelling reasons exist to support filing Docket No. 88-1 under seal.

Accordingly, Plaintiffs' second renewed motion for leave to file exhibits under seal is **GRANTED** in part and **DENIED** in part.  Docket No. 102.  Docket No. 88-1 shall remain under seal.  The Court **ORDERS** Plaintiffs to file a redacted version of Docket No. 88-3 on the public docket, no later than August 9, 2018.  The filing at Docket No. 88-3 shall remain under seal.

IT IS SO ORDERED.

Dated: August 7, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge