# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRUCE WOLF,

    Plaintiffs,

v.

CLARK COUNTY DEPARTMENT OF FAMILY SERVICES, et al.,

    Defendants.

Case No.: 2:17-cv-02084-JCM-NJK

**Order**

(Docket No. 112)

Pending before the Court is Defendants' motion for leave to file exhibits under seal. Docket No. 112. Defendants ask the Court for leave to file certain exhibits in support of their motion for summary judgment under seal. *Id*.; *see also* Docket No. 111. Local Rule IA 10-5 requires that a party who files a motion to seal documents must file, concurrently with its motion, the documents it asks the Court to allow it to file under seal, as well as "either (i) a certificate of service certifying that the sealed document was served on the opposing attorneys … or (ii) an affidavit showing good cause why the document has not been served on the opposing attorneys…." Defendants fail to comply with this rule. *See* Docket. Further, Defendants have failed to comply with this rule previously in the instant case, and the Court has already issued an order denying a prior motion to seal for this reason. *See* Docket No. 96.

Accordingly, the Court **DENIES** Defendants' motion without prejudice. Docket No. 112. The Court **ORDERS** Defendants to file a renewed motion for leave to file exhibits under seal that complies in full with all applicable caselaw and rules, no later than December 5, 2018. The Court

1

expects strict compliance with all local rules and caselaw. Failure to do so in the future may result in sanctions.

IT IS SO ORDERED.

Dated: November 29, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE