# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE WOLF, as Litigation Guardian Ad Litem for C.A.R., C.J.R., and G.Y.R., | Case No.: 2:17-cv-02084-JCM-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 128) |
| CLARK COUNTY DEPARTMENT OF FAMILY SERVICES, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to extend the expert report disclosure deadline. Docket No. 128. A response shall be filed no later than December 28, 2018, and any reply shall be filed no later than January 4, 2019.

IT IS SO ORDERED.

Dated: December 21, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge