UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRUCE WOLF, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CLARK COUNTY DEPARTMENT OF FAMILY SERVICES, *et al.*, <br><br> Defendants. | Case No. 2:17-cv-02084-JCM-NJK <br><br><br> ORDER |

Presently before the court is the matter of *Wolf et al v. Clark County Department of Family Services et al*, case no. 2:17-cv-02084-JCM-NJK.

On April 10, 2019, the parties filed a stipulation to withdraw various motions. (ECF No. 140). On April 15, 2019, the court granted the stipulation. (ECF No. 142).

However, the stipulation and order contain the birthdates of minor children. (ECF No. 142). Such personal identifiers are prohibited from inclusion in all documents filed with the court pursuant to Local Rule IC 6-1. *See* LR IC 6-1(a)(3). Accordingly, the parties shall submit, within seven (7) days from the date of this order, a revised stipulation that does not include the birthdates of the minor children.

Accordingly,

IT IS ORDERED THAT the parties shall submit, within seven (7) days from the date of this order, a revised stipulation and proposed order that does not include the birthdates of minor children and in accordance with all other federal and local rules.

IT IS FURTHER ORDERED THAT the parties' first stipulation and the court's order granting the stipulation (ECF Nos. 140, 142) be, and the same hereby are, SEALED, pursuant to Federal Rule of Civil Procedure 5.2.

DATED THIS 19th day of April 2019.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE