FELICIA GALATI, ESQ.
Nevada Bar No. 7341
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
fgalati@ocgas.com
Telephone: 702-384-4012
Facsimile: 702-383-0701
Attorneys for Defendants
CLARK COUNTY, SHAY
RIGGS-HORN and ASHLEY
DURROUGH

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRUCE WOLF, as Litigation Guardian Ad Litem for C.A.R., C.J.R., and G.Y.R., <br><br> Plaintiffs, <br><br> vs. <br><br> CLARK COUNTY, SHAY RIGGS-HORN, ASHLEY DURROUGH AND JOHN AND JANE DOES 1-10. <br><br> Defendants. | CASE NO. 2:17-cv-02084-JCM-NJK |

**REVISED STIPULATION AND [PROPOSED] ORDER TO WITHDRAW BILL OF COSTS AND MOTION FOR ATTORNEYS FEES AND WAIVE Plaintiff C.A.R. RIGHT TO APPEAL**

Pursuant to this Court's Order (ECF No. 143), Plaintiffs BRUCE WOLF, as Litigation Guardian Ad Litem for C.A.R., C.J.R., and G.Y.R. ("Plaintiffs") and Defendants CLARK COUNTY DEPARTMENT OF FAMILY SERVICES, SHAY RIGGS-HORN and ASHLEY DURROUGH ("Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

1

1. Defendants withdraw their Bill of Costs (ECF No. 137), Affidavit in support thereof (ECF No. 138), and Motion for Attorneys' Fees (ECF No. 139) in exchange for the following;

2. Plaintiff WOLF, as Litigation Guardian Ad Litem for C.A.R. hereby waives any and all rights Plaintiff C.A.R. has to appeal this Court's Order granting Defendants' summary judgment as to all of C.A.R.'s claims (ECF No. 136).

**SO STIPULATED:**

DATED this 22nd day of April, 2019    DATED this 22nd day of April, 2019

*/s/ Allen M. Ressler, Esq.*    */s/ Felicia Galati, Esq.*

Allen M. Ressler, Esq.    Felicia Galati, Esq.
LAW OFFICES OF RESSLER & TESH    9950 West Cheyenne Avenue
821 Second Ave., Penthouse Suite    Las Vegas, NV 89129
Seattle, Washington 98104    Attorneys for Defendants, CLARK
Attorney for Plaintiffs    COUNTY, SHAY RIGGS-HORN and
BRUCE WOLF, et al.    ASHLEY DURROUGH

DATED this 22nd day of April, 2019

*/s/ Justin L. Wilson, Esq.*

Justin L. Wilson, Esq.
JONES WILSON LLP
1522 W. Warm Springs Road
Henderson, Nevada 89014
Attorney for Plaintiffs
BRUCE WOLF, et al

# **O R D E R**

1. Pursuant to the above Stipulation of the parties hereto, Defendants Bill of Costs (ECF No. 137), Affidavit in support thereof (ECF No. 138), and Motion for Attorneys' Fees (ECF No. 139) are withdrawn in exchange for the following;

2. Plaintiff WOLF, as Litigation Guardian Ad Litem for C.A.R. hereby waives any and all rights Plaintiff C.A.R. has to appeal this Court's Order granting Defendants summary judgment as to all of C.A.R.'s claims (ECF No. 136).

**IT IS SO ORDERED.**

DATED: April 24, 2019

_____
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

*/s/ Felicia Galati*
_____
FELICIA GALATI, ESQ., NV Bar 007341
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Attorneys for Defendants CLARK COUNTY,
SHAY RIGGS-HORN and ASHLEY DURROUGH