**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRUCE WOLF, et al., | Case No. 2:17-CV-2084 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| CLARK COUNTY DEPARTMENT OF FAMILY SERVICES, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Wolf et al v. Clark County Department of Family Services et al*, case no. 2:17-cv-02084-JCM-NJK.

On April 11, 2019, the attorney for plaintiffs in this case filed a notice with the court indicating that the parties have reached a tentative settlement in relation to "all of the plaintiffs' claims." (ECF No. 141). Accordingly, the court hereby orders the parties to file, within sixty (60) days from the date of this order, either a stipulation for dismissal or a joint status report informing the court of the status of the settlement.

Accordingly,

IT IS ORDERED that the parties shall file, within sixty (60) days from the date of this order, either a stipulation of dismissal or a joint status report informing the court of the status of the settlement.

IT IS SO ORDERED.

DATED April 24, 2019.

_____
UNITED STATES DISTRICT JUDGE