# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRUCE WOLF, et al.,

  Plaintiffs,

v.

CLARK COUNTY DEPARTMENT OF FAMILY SERVICES, et al.,

  Defendants.

Case No.: 2:17-cv-02084-JCM-NJK

**Order**

(Docket Nos. 147, 150)

  Pending before the Court are Plaintiffs' motions for leave to file certain documents under seal. Docket Nos. 147, 150. In compliance with the Court's Local Rules, Plaintiffs filed the relevant documents under seal while their motions are pending. Docket Nos. 148, 151.

  Parties "who seek to maintain the secrecy of documents attached to dispositive motions must meet the high threshold of showing that 'compelling reasons' support secrecy." *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Those compelling reasons must outweigh the competing interests of the public in having access to the judicial records and understanding the judicial process. *Id.* at 1178-1179.

  Plaintiffs submit that the documents at Docket Nos. 148 and 151 contain detailed descriptions regarding the sexual abuse suffered by the minor victims as well as the name and home address of their adoptive family. Docket No. 147 at 3, Docket No. 150 at 2. Plaintiffs further submit that the document at Docket No. 151 contains numerous references to sensitive mental health issues regarding the minor victims. Docket No. 150 at 3. Additionally, Plaintiffs submit that redaction of the sensitive information would render the documents "all but unreadable." Docket No. 147 at 3, Docket No. 150 at 3. The Court find that compelling reasons exist to support filing these documents under seal.

Accordingly, Plaintiffs' motions for leave to file under seal, Docket Nos. 147 and 150, are **GRANTED**. The documents at Docket Nos. 148 and 151 shall remain under seal.

IT IS SO ORDERED.

Dated: June 18, 2019.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE